FILED

AUG - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2609-W |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| LEONARDO VAZQUEZ-RODRIGUEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about July 9, 2008, within the Southern District of California, defendant LEONARDO VAZQUEZ-RODRIGUEZ, did knowingly and intentionally import approximately 29.85 kilograms (65.67 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8/7/08.

KAREN P. HEWITT
United States Attorney

CALEB MASON
Assistant U.S. Attorney

CEM:mg:San Diego
7/22/08